IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURLEY JOHN BROUSSARD, JR., | ) | No. C 11-2648 LHK (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| SUZAN L. HUBBARD, et al., | ) | |
| Defendants. | ) | |

     Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of appear to have occurred in Corcoran, and Defendants are located in Corcoran, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

     IT IS SO ORDERED.

DATED:   7/29/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.11\Broussard648trans.wpd